# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KONIAG, INC.,
      Plaintiff,

Case Number 3:13-cv-00051-SLG

v.

ANDREW AIRWAYS INC., ET AL,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing, the action be dismissed for lack of subject matter jurisdiction, and the defendant, Alicia L. Reft, recover costs from the plaintiff Koniag, Inc.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: October 1, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[Koniag Judgment.wpd SLG.wpd]{JMT2.WPT*Rev.3/03}